IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jessica Washington,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Thurgood Marshall Academy,<br><br>　　　　　Defendant. | No. 1:03CV02570<br><br>Judge Colleen Kollar-Kotelly |

EMERGENCY MOTION TO STRIKE ERRONEOUSLY FILED DOCUMENT FROM THE
RECORD AND TO REMOVE IT FROM PUBLIC ACCESS,
AND POINTS AND AUTHORITIES IN SUPPORT

　　　　Pursuant to Rule 12(f), Defendant respectfully moves the Court to strike from the record, and remove from public access, a document erroneously submitted as an answer in the above-captioned action on March 15, 2004.

　　　　In support of this Motion, Stephen J. Spiegelhalter, counsel for the Defendant, declares under penalty of perjury that the following is true and correct to the best of his knowledge:

　　　　1.　　I represent the Defendant, Thurgood Marshall Academy, in the above-captioned matter.

　　　　2.　　The document originally filed as an answer in this case on the afternoon of March 15, 2004, was erroneously posted due to a computer error. This "answer" (filed document number four on the Court's docket) was a draft answer in a different case in the United States District Court for the Eastern District of Pennsylvania (the "Erroneously Filed Document"). (Although the incorrect answer was posted, a copy of the correct answer was served upon Plaintiff's counsel for the above-captioned action by mail.)

3.  As a draft document, the Erroneously Filed Document is not for public consumption and is potentially privileged.

4.  The district clerk's office contacted me the morning after the Erroneously Filed Document was posted. I immediately: (i) posted the correct answer; (ii) requested that the district clerk remove the Erroneously Filed Document from the docket; and (iii) contacted Plaintiff's counsel and asked that she destroy all copies of the Erroneously Filed Document in her possession, and that she not forward the Erroneously Filed Document to any other persons.

5.  The district clerk informed me that she had lessened potential access to the Erroneously Filed Document (by forbidding public access in the Court's electronic case filing system), but also stated that the Erroneously Filed Document was still potentially viewable to certain individuals.

6.  Because the Erroneously Filed Document was exposed to potential access for only a short period, and because it is highly unlikely that the Erroneously Filed Document was actually accessed, and for other reasons, the Erroneously Filed Document is still likely to retain some privilege or protection (assuming it was originally privileged).

7.  The Court is authorized to strike the Erroneously Filed Document from the docket pursuant to Rule 12(f) of the Federal Rules of Civil Procedure because the Erroneously Filed Document is irrelevant and impertinent.

8.  I have attempted unsuccessfully to reach opposing counsel, JoAnn Myles, to seek her consent to this Motion. I also left a message, but have not yet heard back regarding her consent. Due to the time-sensitive nature of this Motion, we are filing it now, although we do not anticipate that Plaintiff's counsel would have objected.

2

9. Due to the potentially sensitive nature of the Erroneously Filed Document, Defense Counsel asks that the instant motion be granted as soon as appropriate by the Court. A proposed order is attached.

Therefore, the Defendant respectfully requests that the Court grant this Motion.

Dated: March 17, 2004　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　Stephen J. Spiegelhalter


　　　　　　　　　　　　　　　　　　　　By ___/s/ Stephen J. Spiegelhalter___
　　　　　　　　　　　　　　　　　　　　Stephen J. Spiegelhalter
　　　　　　　　　　　　　　　　　　　　(DC Bar No. 477015)
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Thurgood Marshall Academy

　　　　　　　　　　　　　　　　　　　　555 11th Street, N.W. Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 637-2200
　　　　　　　　　　　　　　　　　　　　Fax: (202) 637-2201

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2004, a copy of the foregoing was electronically served upon:

Jo Ann P. Myles  
Law Office of Jo Ann P. Myles  
Suite 139-S  
1300 Mercantile Lane  
Largo, Maryland 20774  
Email: joamyles@hotmail.com

                                              /s/ Sarah C. Blutter  
                                               Sarah C. Blutter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jessica Washington,<br><br>    Plaintiff,<br><br>    v.<br><br>Thurgood Marshall Academy,<br><br>    Defendant. | No. 1:03CV02570<br><br>Judge Colleen Kollar-Kotelly |

## ORDER

Upon consideration of Defendant's motion to strike from the record and to remove from public access document number four erroneously (a document other than the answer that Defendant's counsel intended to file) filed with the Court, it is hereby ordered that Defendant's motion is GRANTED.

It is hereby further ORDERED that document number 4, answer entered in error, is stricken from the record and shall no longer be made available electronically on the Court's electronic filing system.  Nor shall the document be made publicly available by the Court.

Dated: _____

_____
The Honorable Colleen Kollar-Kotelly
United States District Court Judge