# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSICA WASHINGTON,** | |
| Plaintiff, | |
| v. | **Civil Action No. 03-2570** |
| **THURGOOD MARSHALL ACADEMY,** | **(CKK/JMF)** |
| Defendant. | |

# ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that

1. Plaintiff's Motion to Compel Defendant to Answer Interrogatories and Produce Documents and for Sanctions [#28/29/30] is **STRICKEN**;

2. Defendant's Motion to Quash the Subpoenas Issued to End-to-End Solutions and D.C. Public Schools [#33] and Motion to Quash the Subpoena That Was Issued to the District of Columbia Government Office of Unemployment Compensation [#34] are **GRANTED IN PART and DENIED IN PART**;

3. Plaintiff's Motion to Quash and for a Protective Order Regarding Three Notices of Depositions and Subpoenas Regarding the Production of Documents [#37/40] is **GRANTED IN PART and DENIED IN PART**; and

4. The close of discovery is extended until August 22, 2005 *solely* for the purposes

of complying with the subpoenas.

                                                                    _____
                                                                    JOHN M. FACCIOLA
                                                                    UNITED STATES MAGISTRATE JUDGE

Dated: