UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THURGOOD MARSHALL ACADEMY,<br><br>Defendant. | Civil Action No.  03-2570 (JMF)<br><br>ECF |

**ORDER**

At a Status Hearing today, District of Columbia Public Schools ("DCPS") established to the Court's satisfaction that the records plaintiff claims to exist monitoring Thurgood Marshall Academy's compliance with the IDEA do not in fact exist.  Accordingly, DCPS has no further obligation and this Court will not order any further action by DCPS.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: