**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JESSICA WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**THURGOOD MARSHALL ACADEMY,**<br><br>**Defendant.** | **Civil Action No.  03-2570 (CKK/JMF)** |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that Plaintiff's Motion for Reconsideration and/or in the Alternative a Motion to Alter and/or Amend the Magistrate's July 20, 2005 Order [#59] is **GRANTED**; and it is further **ORDERED** that plaintiff's previously stricken Motion to Compel Defendant Thurgood Marshall Academy to Answer Interrogatories and Produce Documents and for Sanction [#28/29/30] is **GRANTED in part and DENIED in part**.

  **SO ORDERED.**

                    _____
                    JOHN M. FACCIOLA
Dated:                  UNITED STATES MAGISTRATE JUDGE