UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THURGOOD MARSHALL ACADEMY,<br><br>Defendant. | Civil Action No. 03-2570 (CKK/JMF) |

ORDER

This case was referred to me for discovery by Judge Kollar-Kotelly. On October 31, 2005, I ordered defendant to submit for *in camera* review a privilege log identifying documents withheld from its response to plaintiff's first request for production of documents under a claim of attorney-client or work product privilege, as well as the documents identified thereon. Washington v. Thurgood Marshall Academy, No. 03-2570, 2005 WL 2978966, at *3 (D.D.C. Oct. 31, 2005). After reviewing the submitted privilege log and documents *in camera*, I find that defendant's claims of the attorney-client and work product privileges were appropriate and the documents reviewed by the court were properly withheld from production.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
Dated:                                           UNITED STATES MAGISTRATE JUDGE